UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS CRAIG,                              Case No. 06-15077

             Plaintiff,                 DISTRICT JUDGE
                                           ARTHUR J. TARNOW
v.

WALSH CONSTRUCTION CO.,                    MAGISTRATE JUDGE
                                           MONA K. MAJZOUB

             Defendant.

_____/

## <u>ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [DE 7]</u>

      Before the Court is Defendant's motion for summary judgment [DE 7], on which the Court

heard oral argument on July 12, 2007. For the reasons stated on the record at the motion hearing,

      IT IS HEREBY ORDERED that Defendant's motion for summary judgment [DE 7] is

GRANTED.

      SO ORDERED.


                        S/ARTHUR J. TARNOW
                        Arthur J. Tarnow
                        United States District Judge

Dated: July 13, 2007

I hereby certify that a copy of the foregoing document was served upon counsel of record on July
13, 2007, by electronic and/or ordinary mail.

                        S/THERESA E. TAYLOR
                        Case Manager